# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

June 2, 2005

Mr Sanford Knott
Sanford Knott & Associates
425 S State Street
Jackson, MS 39201

        No. 05-60455 Harris v. Bryant
             USDC No.  1:03-CV-621

We have docketed the appeal as shown above, and ask you to use the case number in future inquiries.  You can obtain a copy of our briefing checklist on the Fifth Circuit's Website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf".

Briefing Notice.  The record is complete for purposes of the appeal, see FED. R. APP. P. 12.  Appellant's brief and record excerpts are due within 40 days of the date shown above, see FED. R. APP. P. & 5TH CIR. R. 28, 30, and 31.  See also 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief. [If required, **electronic copies of briefs MUST be in Portable Document Format (PDF).**]

Policy on Extensions.  The court grants extensions sparingly and under the criteria of 5TH CIR. R. 31.4.  You must contact opposing counsel and tell us if the extension is opposed or not.  Note that 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state the court's sense that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Reply Brief.  We do not send cases to the court until all briefs are filed, except in criminal appeals.  Reply briefs must be filed within the 14 day period of FED. R. APP. P. 31(a)(1).  See 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief, and the format.

**Brief Covers**.  THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S).  **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.**

Dismissal of Appeals.  The clerk may dismiss appeals **without notice** if you do not file a brief on time.

Appearance Form.  If you have not filed an appearance form as

required by 5ᵀᴴ Cɪʀ. R. 46, you must do so within 10 days from this date.  You must name each party you represent, see Fᴇᴅ. R. Aᴘᴘ. P. and 5ᵀᴴ Cɪʀ. R. 12.  You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov.

Since you have not made arrangements to pay shipping costs, we are not releasing the record.  To receive the record on appeal, you must provide this office with a United Parcel Service, or similar commercial delivery service, account number by calling us at (504) 310-7802, or sending an email to **ca05_roarequest@ca5 .uscourts.gov.**  If you wish to receive exhibits, they must be specifically requested in your email. **You must include the case number in the subject line of your email.**  We will charge that account for shipping you the record on appeal, see 5ᵀᴴ Cɪʀ. R. 30.1, effective November 1, 2004.  In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you.  Advise this office if you are pursuing this alternative, or if you need assistance locating a firm to help you.  CJA counsel may add these shipping fees to their vouchers.

**Once you obtain the record, you should check it for any missing or incomplete items.  If you need to request a supplemental record or order transcripts, do so promptly.  The court will not grant extensions of time to file your brief because you did not timely check the record.**

We will not forward the record until you file an appearance form. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____

Dawn D. Victoriano, Deputy Clerk
504-310-7717

Enclosure
cc w/encl:  Mr David Daniel O'Donnell

BR-1

Case No. 05-60455


RONDEZE HARRIS; MELVIN HARRIS; DIANE HARRIS

Plaintiffs - Appellants


v.

DOLPH BRYANT, In His Official Capacity as Sheriff of Oktibbeha County, Mississippi; SHANK PHELPS, In His Official Capacity as Deputy Sheriff of Oktibbeha County; OKTIBBEHA COUNTY, MS

Defendants - Appellees