# IN THE UNITED STATES COURT OF APPEALS
## FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED

JUL - 5 2005

CHARLES R. FULBRUGE III
CLERK

RONDEZE HARRIS, MELVIN HARRIS,
AND DIANE HARRIS                                    APPELLANT

VS.                                         CAUSE NO. <u>2005-60455</u>

DOLPH BRYAN, ET AL;                                  APPELLEE

## <u>MOTION REQUESTING EXTENSION OF TIME</u>

COME NOW the Appellants, Rondeze Harris, Melvin Harris, and Diane Harris by and through counsel, and files this their Motion Requesting Extension Of Time in the above-styled cause and Appellants would state unto the Honorable Court the following, to wit:

### I.

Appellants' Brief is due on July 12, 2005, and an extension of time to submit is requested because Appellants' counsel has had other pending legal matters and therefore, will not have had a chance to prepare Appellants' Brief in a timely manner.

### II.

Appellants would ask this Court to grant an additional forty (30) days to file their brief. This request is made not solely for delay, but so that counsel may properly have time to prepare Appellants' Brief.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that after this Motion is reviewed that the relief will be granted as stated herein.

RESPECTFULLY SUBMITTED, this the 30th, day of June, 2005.

RONDEZE HARRIS, MELVIN HARRIS
AND DIANE HARRIS,

BY: _____
SANFORD KNOTT, MSB #8477
COUNSEL FOR APPELLANT'S

OF COUNSEL:

SANFORD KNOTT & ASSOCIATES, P.A.
425 South State Street
Post Office Box 1208
Jackson, Mississippi  39215-1208
Telephone Number: (601) 355-2000
Facsimile Number:  (601) 355-2600

## CERTIFICATE OF SERVICE

I, Sanford Knott, hereby certify that I have this day mailed, via United States Postal Service Mail, first-class,  postage prepaid thereon,  a true and correct copy of the above and foregoing document,  Motion For Extension Of Time,  to the following:

David D. O'Donnell, Esquire
Sidney Ray Hill, III., Esquire
Clayton O'Donnell Walsh, PLLC
P.O. Drawer 676
Oxford, Mississippi  38655

This the 30th day of June 2005.

_____
SANFORD E. KNOTT